UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL PAUL A.Y.,[1]<br>Petitioner,<br>v.<br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br>Respondents. | No. 1:26-cv-05258-TLN-SCR<br>A# 240-129-719<br>**ORDER** |

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 14, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within three days. (ECF No. 7.) Respondents filed objections to the findings and recommendations. (ECF No. 8.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

[1] The Court omits Petitioner's full name to protect sensitive personal information. *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis. The Court has evaluated Respondents' objections, but finds that the individual circumstances of the Petitioner, as discussed in the due process analysis of the magistrate judge's finding and recommendations, warrant a bond hearing.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations (ECF No. 7) are ADOPTED IN FULL.

2. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED as to Petitioner's due process challenge to his prolonged detention.

3. Respondents are ordered to provide Petitioner with a bond hearing before an immigration judge at which the government shall bear the burden of justifying Petitioner's continued detention by clear and convincing evidence, **within fourteen (14) days** of this Order (unless Petitioner seeks additional time to prepare), and with **at least seven (7) days** of advance notice to Petitioner and Petitioner's counsel. Petitioner must be allowed to have counsel at the hearing.

4. Respondents are further directed to file a notice certifying compliance with the above provision **within seven (7) days** from the date of the bond hearing.

5. If Petitioner is granted release on bond, Respondents shall return all of Petitioner's documents and possessions at the time of release.

6. The Clerk of Court shall enter judgment Petitioner's favor close this case.

7. If the parties seek any further relief relevant to the ordered bond hearing, they shall file such requests under the above-captioned case number (1:26-cv-05258-TLN-SCR) to avoid unnecessary administrative delay.

IT IS SO ORDERED.

DATE: August 19, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE